# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Crim. No. 96-114 (DRD) |
| v. | : | **ORDER DISMISSING MOTION** |
| FRANKIE GONZALEZ, | : | |
| Defendant. | : | |

Defendant, Frankie Gonzalez, having filed a motion executed July 20, 2012 asking the Court "to clarify which version of the indictment is to be used for future filings and why the Redacted version of the indictment in this case, is not signed or endorsed;" and the Court finding i) Counts 3 and 8 of the Third Superseding Indictment were dismissed as to Defendant, which resulted in the Redacted Third Superceding Indictment, and ii) the Redacted Third Superceding Indictment was agreed to by all parties; it is the conclusion of the Court: i) there was no reason why the Redacted Third Superceding Indictment should be signed; ii) Defendant should refer to the Redacted Third Superceding Indictment for any future filings; iii) Defendant has stated no basis for his motion.

IT is this 15th day of October, 2012 **ORDERED** that Defendant's motion executed July 30, 2012 is dismissed.

DICKINSON R. DEBEVOISE
U.S.S.D.J.